

NUMBER 13-07-00742-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## EX PARTE: FRANCISCO ELIZONDO

---

On Appeal from the 92nd District Court
of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Francisco Elizondo perfected his appeal from the trial court's denial of his petition for writ of habeas corpus. Elizondo, by and through his attorney, has filed a motion to withdraw his notice of appeal because he no longer desires to pursue it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will

be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 2nd day of July, 2009.